UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AARON DESMOND SMALLS,

                Plaintiff,

-against-

NEW YORK CITY HEALTH + HOSPITALS,

                Defendant.

25-CV-0775 (KMW)

ORDER OF DISMISSAL

---

KIMBA M. WOOD, United States District Judge:

By Order dated August 19, 2025, the Court granted Plaintiff 60 days' leave to file an amended petition. (ECF No. 10.) That Order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended complaint. Accordingly, the complaint, filed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter judgment against Plaintiff in this action.

SO ORDERED.

Dated:   November 19, 2025
           New York, New York

                                            /s/ Kimba M. Wood
                                                KIMBA M. WOOD
                                          United States District Judge