UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AARON DESMOND SMALLS,

                            Plaintiff,

            -against-

NEW YORK CITY HEALTH + HOSPITALS,

                            Defendant.

25 CIVIL 0775 (KMW)

CIVIL JUDGMENT

For the reasons stated in the November 19, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).  (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

            SO ORDERED.

 Dated:    November 20, 2025

            New York, New York

                                    _____
                                            /s/ Kimba M. Wood
                                            KIMBA M. WOOD
                                    United States District Judge